JOSEPH BOOTH *v.* M. V. GUDGEL.

Judgment—Verdict not Sustained by the Weight of Evidence—Instructions
    as to Loss.

APPEAL FROM FRANKLIN CIRCUIT COURT.

September 23, 1870.

OPINION OF THE COURT BY JUDGE PETERS:

Although, in our judgment, the verdict of the jury is not sus-
tained by the weight of the evidence, still the preponderance is
not so palpably and decidedly against the verdict as to authorize
this court to interfere and set it aside.  The evidence is some-
what conflicting.

The only instruction given for appellee points out specifically
what facts must exist, or in what his delinquency must have con-
sisted, to render appellant responsible for the loss.  One or the
other of which must have existed, and if the loss resulted from
any other cause he was not responsible.  This, we think, is a cor-
rect exposition of the law.

The instruction asked by appellant and refused by the court,
being "*No. 3,*" left out of view altogether, or excluded from the
consideration of the jury whether the change of position of the
team after it was in the boat was made by the direction of the
ferryman, as to which there was some proof, and consequently
the instruction was properly refused.

Perceiving, therefore, no error available for reversal, the judg-
ment must be *affimed.*

*Lindsey, for appellant.*